UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23529-CV-WILLIAMS

K&L EXPORTS, CORP.,

    Plaintiff,

vs.

CORPORACION VENEZOLANA
DE COMERCIO EXTERIOR, S.A.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the Revised Report and Recommendation issued by Chief Magistrate Judge Edwin Torres on Plaintiff's Renewed Motion for Default Judgment (DE 23). In the Report, Magistrate Judge Torres recommended the Court grant in part and deny in part the Motion. Neither party filed objections to the Report, and the time to do so has passed.

Having reviewed the Report, the record, and the applicable law, and having received no objections from Plaintiff or Defendant, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 27) is **AFFIRMED AND ADOPTED**;

2. Plaintiff's Renewed Motion for Default Judgment (DE 23) is **GRANTED IN PART AND DENIED IN PART**;

3. Plaintiff must supplement the record as it pertains to its damages calculation within **THIRTY (30) DAYS** of the date of this Order. Plaintiff shall

style its filing as a "supplemental motion for damages," which shall be no longer than ten pages in length. Plaintiff must attach affidavits and/or exhibits to support its calculation pursuant to Federal Rule of Civil Procedure 55(b).

**DONE AND ORDERED** in Chambers in Miami, Florida, this 16th day of March, 2022.

 KATHLEEN M. WILLIAMS
 UNITED STATES DISTRICT JUDGE