**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-23529-CIV-WILLIAMS**

K&L EXPORT, INC.,

     Plaintiff,

vs.

CORPORACION VENEZOLANA
DE COMERCIO EXTERIOR, S.A.,

     Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation ("**Report**") on Plaintiff's Supplemental Motion for Damages ("**Motion**") (DE 29). (DE 32.) In the Report, Chief Magistrate Judge Torres recommends that Plaintiff's Motion be GRANTED. (*Id.* at 1.) Defendants filed no response to the Motion. Additionally, the Parties did not file any objections to Judge Torres' Report, and the time period to file objections has passed.[1]

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the Report (DE 32) is **AFFIRMED AND ADOPTED**. Plaintiff's Motion for Supplemental Damages (DE 29) is **GRANTED**. The Court will separately enter Final Default Judgment.

---

[1] On November 15, 2022, Plaintiff filed a Waiver of Objection to the Report. (DE 33.)

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>5th</u> day of December, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE